JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN LAMONTE HALEY, | NO. CV 22-8126-SB(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| CALIF. DEPT. OF REHAB., ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 30, 2023.

_____
STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE